[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10566
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-20470-JAL-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE MARTIN PENA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(May 1, 2019)

Before MARTIN, NEWSOM, AND ANDERSON, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, appointed counsel for Jorge Martin Pena in this

direct criminal appeal, has moved to withdraw from further representation of Pena

and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Pena has received notice of his right to respond to his counsel's motion, and has notified this Court that he does not intend to do so.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pena's convictions and sentences are **AFFIRMED**.